IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD D. JONES & CO., L.P.; <br><br> Plaintiff, <br><br> vs. <br><br> JAMES LOYET; <br><br> Defendant. | 8:19-CV-185 <br><br><br> **ORDER OF RECUSAL** <br> **REQUEST FOR REASSIGNMENT** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 30th day of September, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge