IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD D. JONES & CO., L.P., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES LOYET, <br><br> Defendant. | 8:19CV185 <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 23). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 14th day of October, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge